PER CURIAM.
The record and the briefs in this cause have been examined and judgment appealed from is affirmed on authority of Jones v. Carpenter, 90 Fla. 407, 106 So. 127, 43 A.L.R. 1409; Osgood v. Osgood, 78 Mich. 290, 44 N.W. 325; Craven v. Hartley, 102 Fla. 282, 135 So. 899; Oates v. Prudential Ins. Co. of America, 107 Fla. 224, 144 So. 418, and Boynton v. Williams, 108 Fla. 368, 146 So. 663.
Affirmed.
DREW, C. J., and TERRELL, HOB-SON and THORNAL, JJ., concur.